# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-02291-AB (AS) | Date | January 16, 2019 |
|---|---|---|---|
| Title | David Acosta v. Cornell, et. al., | | |

Present: The Honorable **Alka Sagar, United States Magistrate Judge**

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 21, 2018, the Court issued an order dismissing Plaintiff's First Amended Complaint with leave to amend. (Docket Entry No. 9). Plaintiff was directed to "file a Second Amended Complaint no later than 30 days from the date of this Order." Id. at 13. Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint, or failure to correct the deficiencies described . . . , will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders." (Id. at 14).

To date, Plaintiff has failed to file a Second Amended Complaint or request a further extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **February 19, 2019**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint. A copy of the Court's November 21, 2018 Order is attached for Plaintiff's convenience.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form**
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-02291-AB (AS) | Date | January 16, 2019 |
|---|---|---|---|
| Title | David Acosta v. Cornell, et. al., | | |

**is attached for Plaintiff's convenience.** Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

cc: André Birotte Jr.
     United States District Judge

.

| | 0 : 00 |
|---|---|
| Initials of Preparer | AF |