**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| DVAID ACOSTA,<br><br>                Plaintiff,<br><br>          v.<br><br>L. CORNELL, et. al.,<br><br>                Defendants. | NO.  ED CV 18-2291-AB (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed.  Accordingly, the Court accepts the findings, conclusions and  recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order

2    and the Judgment herein on Plaintiff at his current address of record.

3

4        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

5

6    DATED: June 24, 2019.

7

8

9
                            _____
10                              ANDRÉ BIROTTE JR.,
                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28