**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| DAVID ACOSTA, | ) NO. ED CV 18-2291-AB (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| L. CORNELL, et. al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 24, 2019.

ANDRÉ BIROTTE JR.,
UNITED STATES DISTRICT JUDGE